IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEARLINE JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 2500 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This action, filed by pro se plaintiff Pearline Jones ("Jones") against the Social Security Administration ("SSA") in the Circuit Court of Cook County, has been removed to this District Court by the United States Attorney's Office pursuant to 28 U.S.C. § 1442(a)(1). Because the federal district courts have exclusive jurisdiction over claims against the SSA (42 U.S.C. §§ 405(g) and (h)), the Circuit Court of Cook County had no jurisdiction over Jones' Complaint and this action -- and that being so, this District Court has likewise acquired no jurisdiction upon removal. That in turn requires dismissal of both the Complaint and this action (Rodas v. Seidlin, 656 F.3d 610, 615-16 (7th Cir. 2011) and cases cited there). This Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 25, 2016